UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL NO. 2, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) )  Case No.   4:13 CV 968 RWS ) |
| KLA PAINTING, LLC, et al., | ) ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

On September 30, 2013, I issued a partial default judgment against Defendants and ordered Defendants to produce documents to Plaintiffs' counsel no later than October 18, 2013.  Plaintiffs have filed a motion for contempt asserting that Defendants have failed to comply with that order.

Accordingly,

**IT IS HEREBY ORDERED that** a hearing of Plaintiffs' motion for contempt [# 14] is set on **January 10, 2014 at 9:30 a.m.** in Courtroom 16 South.  Defendant Kevin A. Ar-Razzaaq must appear in person at this hearing and must bring the documents Plaintiffs seek with him to Court.  If Defendant Kevin Ar-Razzaaq fails to appear at the hearing, I will order the United States Marshal Service to take him into custody and deliver him to the Court.

**IT IS FURTHER ORDERED** that Plaintiffs' must serve a copy this order on Defendants and file an affidavit stating that service was completed.

**IT IS FURTHER ORDERED that** the Clerk of Court shall send a copy of this order to Defendants at **3512 Sullivan Avenue, St. Louis, Missouri 63107**.

                                        _____
                                        RODNEY W. SIPPEL
                                        UNITED STATES DISTRICT JUDGE

Dated this 20th day of December, 2013.